UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEAMSTERS LOCAL 456 PENSION, HEALTH &
WELFARE, ANNUITY, EDUCATION &
TRAINING, INDUSTRY ADVANCEMENT, AND
LEGAL SERVICES FUNDS by Louis A. Picani,
Joseph Sansone, Dominick Cassanelli, Jr., Roger
Taranto, Ross Pepe, Jeffrey Isaacs, John T. Cooney,
Jr., and Simone Almeida as Trustees and fiduciaries
of the Funds, and WESTCHESTER TEAMSTERS
LOCAL UNION NO. 456,

                    Plaintiffs,

              -against-

SALTARELLI INDUSTRIES, INC. and
NICHOLAS SALTARELLI, individually,

                    Defendants.

25-CV-10042 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due February 24, 2026, and the initial pretrial conference scheduled for March 3, 2026, are adjourned *sine die*. *See* ECF No. 8. IT IS FURTHER ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than January 29, 2026. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 15, 2026
       White Plains, New York

                         SO ORDERED.

                         JESSICA G. L. CLARKE
                         United States District Judge