UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Teamsters local 456 Pension Fund, et al. ,**

                       Plaintiffs,

         -against-

**PC/ Industries Corp., et al.,.,**

               Defendant.

----------------------------------------------------------------X


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Teamsters local 456 Pension Fund, et al. ,**

                       Plaintiffs,

         -against-

**Saltarelli Industries, Inc., et al,,**

               Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/25/2026 __

**ORDER RE STATUS CONFERENCE**

*7:25-cv-10093 JGLC-VR*

*7:25-cv-10042 JGLC-VR*


**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **April 1, 2026  at 11:00 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties

should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

**SO ORDERED.**

DATED:    White Plains, New York
            March 25, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge