UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**Teamsters Local 456 Pension, Health & Welfare, Annuity,**
 **Education & Training, Industry Advancement,**
 **and Legal Services Funds et al**

                 Plaintiffs,

      -against-
**Saltarelli Industries, Inc. et al**


                Defendant.

-------------------------------------------------------------X


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**Teamsters Local 456 Pension, Health & Welfare, Annuity,**
 **Education & Training, Industry Advancement,**
 **and Legal Services Funds et al**

                 Plaintiffs,

      -against-

**PCI Industries Corp. et al**

                Defendant.
-------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

*7:25 cv 10042*

*7:25 cv 10093*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/14/2026 _


**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **May 26, 2026  at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044 ** and then # to enter the conference.

     **SO ORDERED.**

DATED:    White Plains, New York
         May 14, 2026

                               _____
                               VICTORIA REZNIK
                               United States Magistrate Judge