USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, Industry Advancement, and Legal Services Funds et al,**

Plaintiffs,

-against-

**Saltarelli Industries, Inc. et al.,**

Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:25-CV-10042 JGLC-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **July 28, 2026 at 11:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

**SO ORDERED.**

DATED: White Plains, New York
July 8, 2026

VICTORIA REZNIK
United States Magistrate Judge