*CLIFFORD H. GREENE & ASSOCIATES*
*ATTORNEY AT LAW*
*700 Post Road, Suite 309*
*Scarsdale, NY 10583-5032*
*E-Mail: cliff@chgandassociates.com*

*(914) 472-5992*
*(914) 738-5992*

*STEVE I. LUBOWITZ*
*JACLYN NESHEIWAT*
*Of Counsel*

*EMILE SAYEGH*
*JAMES TOBIN*
*Of Counsel*

August 7, 2026

**SENT VIA ECF**

MEMO ENDORSED

The Honorable Victoria Reznik
United States Magistrate Judge
United State Courthouse
300 Quarropas Street
Whie Plains, N.Y. 10601

**Re: Teamsters Local 456 Pension Fund et al. v. Saltarelli Industries, Inc. et al.**
**Docket No. 25-cv-10042 (JGLC)**

Your Honor,

My office represents Saltarelli Industries, Inc and Nicholas Saltarelli. I submit this letter in response to Plaintiff's proposed scheduling order. My office received Plaintiff's proposed scheduling order on 8/4, but due to prior engagements was unable review until this morning. I would request the following changes to the proposed order based mostly upon my schedule and my client's schedule, which entail some unforeseen matters which have come up which I need to handle as well as my client being on vacation. I would request that my client's Discovery Demands be served by 9/7 so that I can concentrate on responses to Plaintiff's demands and that interrogatories (if any) be served by 10/20 and that Depositions of parties be extended through 12/15. With regard to Plaintiff's proposed confidentiality stipulation and protective order, I will need to review and get back to the court.

Respectfully,

Clifford H. Greene

CHG\me
Encl.
CC: Daniel Kornfeld, Esq. (Via ECF)
Saltarelli Industries Inc.

The Court will separately enter a modified CMP based on the requests made by both parties.

By **October 9, 2026**, the parties are directed to submit a joint letter updating the Court on the status of discovery.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 37.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
Dated: 8/10/2026